# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

JESSE AARON DAUL,

        Plaintiff,

v.                                                                                            Case No. 18-CV-386

LORI BIAGIONI,

        Defendant.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:    **Heidi Michel – Jail Administrator**
          **Brown County Sheriff's Department – Jail Division**
          **3030 Curry Lane**
          **Green Bay, Wisconsin 54311**

WE COMMAND YOU, Jail Administrator Heidi Michel, to have the body of: **Jesse Aaron Daul, number 910000296101**, now detained at the Brown County Jail, and in your custody, under safe and secure conduct to Courtroom 242, U.S. Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin, for an evidentiary hearing **commencing at 10:00 a.m. on May 30, 2019**.

WE FURTHER COMMAND YOU to return the prisoner to the Brown County Jail at the conclusion of the evidentiary hearing in this matter.

Dated at Milwaukee, Wisconsin this 16th day of May, 2019.

                                                                                       _/s/ William E. Duffin_
                                                                                     WILLIAM E. DUFFIN
                                                                                     U.S. Magistrate Judge